**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANDERY SANCHEZ, LOUISE KNUDSON, ANDREA REIHER-ODOM, DERRICK SMITH, AMBER WITT, and MARK TRESTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.,<br><br>Defendant. | CASE No. 8:20-cv-01604-JLS-KES<br>CASE No. 8:23-cv-00639-JLS-KES<br><br>**ORDER: (1) CONSOLIDATING CASES; AND (2) REQUIRING STIPULATION REGARDING CONSOLIDATED CASE SCHEDULE** |

The Court has reviewed the parties' Joint Report Regarding Consolidation with Related Case (the "Joint Report"). (Doc. 91.) In light of the parties' agreement that this action and *Margaret Ritzler et al v. Kia America, Inc.*, 8:23-cv-00639-JLS-KES, should be

consolidated and in the interest of judicial economy and efficiency, the Court ORDERS as follows:

1. The following cases, which were deemed related by the Order re Transfer Pursuant to General Order 21-01 (Related Cases) entered on April 17, 2023 in the matter of *Margaret Ritzler et al v. Kia America, Inc.*, 8:23-cv-00639-JLS-KES, Doc. 9, are hereby ordered consolidated:

   - *Yandery Sanchez v. Kia Motors America, Inc.*, Case No. 8:20-cv-01604-JLS-KES; and
   - *Margaret Ritzler et al v. Kia America, Inc.*, Case No. 8:23-cv-00639-JLS-KES.

2. Case Nos. 8:20-cv-01604-JLS-KES and 8:23-cv-00639-JLS-KES are to be consolidated for all purposes, including trial, under 8:20-cv-01604-JLS-KES, and shall bear the caption: *Yandery Sanchez v. Kia Motors America, Inc.*, 8:20-cv-01604-JLS-KES, and all further documents shall be filed in that Action with that case number only.  The Clerk shall administratively close Case No. 8:23-cv-00639-JLS-KES.

3. No later than five (5) days from the issuance of this Order, the parties are ORDERED to file for the Court's approval a stipulation regarding scheduling in the consolidated case consistent with the parties' recommended deadlines in the Joint Report.

DATED: May 1, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE